I'll ask the clerk, has Mr. Craddick arrived? No, not at this time. Okay. Counsel, I want to thank you for your appearance. As you know, we require the attorneys in the cases to be here 30 minutes prior to the time that their argument is scheduled. We don't have counsel for the appellant present. At this point, the court is going to dispense with oral argument unless you object to that, counsel. Do you have any objection to that? No, Your Honor, we have no objection. We will take the case under advisement and render a decision. Thank you.